# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MATT ABBOTT and THE ABBOTT LAW FIRM, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:16-cv-00399-JEO |
| DR. JAMES WRIGHT, DAMAGES INC., LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

The plaintiffs have filed a notice of voluntary dismissal of this action with prejudice. (Doc. 2). Because such notice precedes an answer or a motion for summary judgment by the defendants, the dismissal is effective without a court order. *See* FED. R. CIV. P. 41(a)(1)(A)(i). Accordingly, this action is hereby DISMISSED WITH PREJUDICE.

DONE this 24th day of March, 2016.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge